1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9   ALLAH,

10                        Petitioner,          Case No. C14-1234-TSZ

11          v.

12   PALMER ROBINSON, *et al*.,              ORDER DISMISSING FEDERAL
                                             HABEAS PETITION
13                        Respondents.

14

15          The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and

16   Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining

17   record, does hereby find and ORDER:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     Petitioner's petition for writ of habeas corpus and this action are DISMISSED;

20          (3)     Petitioner's motions for a restraining order (Dkt. 11) and for service of process

21                  (Dkt. 12) are DENIED as moot;

22

23

ORDER DENYING RESPONDENT'S
MOTION TO DISMISS - 1

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

(5)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 12th day of December, 2014.

THOMAS S. ZILLY
United States District Judge

ORDER DENYING RESPONDENT'S
MOTION TO DISMISS - 2